UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLE LAROCHE,

          Plaintiff,

  v.

TED D. BILLBE, et al.,

          Defendants.

C13-1913 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Pursuant to the stipulation of the parties, docket no. 43, Brian J. Waid, Jessica M. Creager, and the Waid Law Office are granted leave to withdraw as counsel of record for plaintiff, effective immediately.  If plaintiff wishes to retain substitute counsel, she shall make arrangements for a new attorney to appear on or before October 3, 2014.

      (2)    If plaintiff chooses to proceed pro se, she will be expected to comply with the rules and orders of this Court, and she will be held to the same standards as lawyers authorized to practice before this Court.  Plaintiff is reminded of her obligation to keep the Court apprised of her contact information and to provide the Court with any changes of address.

      (3)    In light of the parties' stipulation, docket no. 43, the pending motions to proceed pro se, docket no. 37, and for leave to withdraw, docket no. 38, are STRICKEN as moot.

      (4)    Defendants' motion for partial summary judgment on the "commingling issue," docket no. 32, is STRICKEN without prejudice.  The Court has already ruled on a motion for partial summary judgment filed by defendants.  *See* Order (docket no. 30).  Defendants' more recent motion for partial summary judgment does not seek resolution of all remaining claims in this matter, and whether defendants intend to file yet another dispositive motion prior to the October 16, 2014, deadline set forth in the Minute Order

MINUTE ORDER - 1

entered February 19, 2014, docket no. 16, remains unclear.  The Court's practice is to rule on one dispositive motion per party, and leave must be sought to file multiple motions, with each directed toward a discrete issue or claim.  Local Civil Rule 7(e)(3).  Defendants may file one additional dispositive motion, not to exceed twenty-four (24) pages in length, on or before October 16, 2014.  Any such motion, and all briefs and materials relating thereto, shall be served on plaintiff in the manner set forth in Federal Rule of Civil Procedure 5(b), as well as via e-mail.

(5)     Except as indicated in Paragraph 4, above, and except as to documents requiring personal service, the parties may serve each other via e-mail, as indicated in their stipulation, docket no. 43.

(6)     The Clerk is directed to send a copy of this Minute Order to all counsel of record and to plaintiff at both 1028 Longstaff Street, Apt. No. 4, Missoula, MT 59801-3689 and P.O. Box 2225, Missoula, MT 59806-2225.

Dated this 30th day of August, 2014.

William M. McCool
Clerk

s/Claudia Hawney
Deputy Clerk

MINUTE ORDER - 2